IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD USHER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, THE UNITED STATES ATTORNEY GENERAL, and THE ASSISTANT ATTORNEY GENERAL FOR THE ANTITRUST DIVISION OF THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action<br>No. 1:21-cv-654 |

## **MOTION TO STAY PROCEEDINGS**

For the reasons set forth in the parties' July 16, 2021 Joint Status Update, Plaintiff Richard Usher through undersigned counsel hereby moves this Court for a 30-day stay of all proceedings pending his seeking post-dismissal relief before the Comptroller of the Currency, pursuant to the ALJ's Notice and Order Administratively Closing Case.  *See* OCC No. AA-EC-2017-3 Notice & Order (July 8, 2021).  After 30 days, on August 16, 2021, the parties will submit another joint status report to update the Court on next steps.

Dated:  July 16, 2021

Respectfully submitted,

**WHITE & CASE**

 /s/ J. Mark Gidley
J. Mark Gidley (Bar No. 417280)
White & Case LLP
701 13th Street N.W.
Washington, DC 20005
(202) 626-3609
mgidley@whitecase.com

*Counsel for Richard Usher*