UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD USHER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendant. | Civil Action No. 21-654 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's outstanding motion for summary judgment, ECF 20, is **DENIED** as moot, and this case is **DISMISSED** with prejudice as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: October 13, 2023

1